IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINA AMBASA CASEY,

    Petitioner,                  No. CIV S-00-2581 FCD DAD P

    vs.

JOHN ASHCROFT, et al.,

    Respondents.             <u>ORDER</u>

_____/

        The United States Court of Appeals for the Ninth Circuit has issued a notice regarding the preferred procedure for transferring cases to the court of appeals pursuant to the Real ID Act of 2005. In accordance with that notice, IT IS HEREBY ORDERED that:

        1. If petitioner agrees with respondents that this case must be transferred, the parties shall stipulate to the propriety of transfer within fifteen days after this order is filed; and

        2. In the alternative, the parties shall brief the propriety of transfer, with respondents' brief due within fifteen days after this order is filed and petitioner's reply due within fifteen days thereafter.

DATED: June 6, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
case2581.RIDA